atmosphere of the trial, by no stretch of the imagination can it be claimed that defendant did or could hope to receive the fair trial to which he was entitled, and that obviously the entire attitude of the trial justice was one of active partiality in favor of the plaintiff. * * * For this reason it was, and for no other, that the defendant, with his counsel and witnesses, left the court, because to have continued this mock trial would have been but to constitute themselves actors in a theatrical production, terminating according to the book." This in our opinion is an unjustifiable libel upon the court, and so far as the record discloses the conduct of the defendant's attorney has the appearance simply of being a trick and device to avoid the consequences of a trial. This court condemns the conduct of defendant's attorney, Samuel Schwartzberg, as an act unworthy of a member of the bar. There was no error sufficient to warrant a reversal. The judgment should be affirmed, with $25 costs.

COHALAN, J., concurring in the result.

Leno VOLPONI, appellant, v. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, because of error in the charge at folio 450. The action was brought under the Labor Law. Though the hook in question was perfect mechanically, the question whether it was defective, considered in the light of its use, was to be decided by the jury. Lipstein v. Provident Loan Society, 154 App. Div. 732, 139 N. Y. Supp. 799; Sullivan v. Greenhut-Siegel, Cooper Co., 155 App. Div. 391, 140 N. Y. Supp. 263. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Matter of Gustave VON POLHEIM. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion to dismiss appeal denied. Order filed.

Flora L. VOSE, respondent, v. Joseph C. CONKLING et al., appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Delia WACLASKI, respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment unanimously affirmed, with costs. No opinion.

Hyman WAKSCHAL, an infant, etc., v. David WASSER. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

Joseph WALLACE, respondent, v. Charles R. FAAS, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

William W. WALLING, respondent, v. COMMERCIAL ADVERTISER ASSOCIATION, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion for reargument denied, with $10 costs.

In the Matter of Michael J. WALSH, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Reference ordered to official referee. Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Proceedings of William E. WALSH and Gertrude A. Walsh, as administrators de bonis non, etc., of Peter N. Phillips, deceased. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Decree of the Surrogate's Court of Queens County modified, by providing that such decree is without prejudice to bringing, in equity, a new suit which appellants may be advised to institute, wherein, by joinder of proper parties, the equitable ownership of the McDonough judgment may be finally determined, and, as thus modified, decree affirmed, without costs. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Edwin C. WARD, as trustee in bankruptcy, etc., of Eureka Trunk Lock Manufacturing Company, appellant, v. Thomas H. CAMPION, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

J. Francis WARD, applt., v. Frank W. WOOLWORTH, impleaded, etc., respt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment affirmed, with costs. All concur.

Gladys WARNER, an infant, etc., respt., v. Lillian B. COLEMAN, applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant is ready for argument by May 12th.

Gladys WARNER, an infant, etc., respt., v. Lillian B. COLEMAN, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of defendant's negligence, and in the finding that any negligence of the defendant was the proximate cause of the plaintiff's illness. All concur.

Libbie D. WARNER and one, respt., v. Hazel DOXTATER et al., applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed, with costs. All concur.

David WARREN, applt., v. Herbert KLEIS, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.